```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/14/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

      -against-

YERALD BALGOBIN LARA and ROBERT ZALUSKY,

                Defendants.

23 Cr. 241 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court shall hold an initial conference in this matter on **June 27, 2023**, at **3:00 p.m.** in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

    SO ORDERED.

Dated: June 14, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge