```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _9/20/2023_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

YERALD BALGOBIN LARA and ROBERT ZALUSKY,

                           Defendants.

23 Cr. 241 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The conference scheduled for September 26, 2023, is ADJOURNED to **November 7, 2023**, at **2:00 p.m.**

      It is further ordered that time until November 7, 2023, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), because the ends of justice served by excluding such time outweigh the interests of the public and Defendant in a speedy trial in that this will allow the parties to reach a potential pretrial disposition of this matter.

      SO ORDERED.

Dated: September 20, 2023
       New York, New York

                                                ANALISA TORRES
                                                United States District Judge