USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __10/18/2023__

October 17, 2023

**By ECF**
Hon. Analisa Torres
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *United States v. Lara et al.,* 23 Cr. 241 (AT)

Dear Judge Torres:

This letter motion is submitted as an application for an order to withdraw and be relieved as counsel to Robert Zalusky pursuant to the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, Local Criminal Rule 1.1(b), (incorporating Local Civil Rule 1.4).

On June 13, 2023, Robert Zalusky appeared before Magistrate Judge Ona T. Wang for arraignment on an Indictment charging him with Money Laundering Conspiracy. At the time of the arraignment, upon a determination of financial eligibility and the filing of a financial affidavit, Magistrate Judge Ona T. Wang appointed me to serve as counsel under the Criminal Justice Act.

After appointment, I served as counsel for Robert Zalusky pursuant to the Criminal Justice Act. That representation has, *inter alia*, consisted of the representation of Robert Zalusky during court proceedings before the Magistrate's Court and in the District Court, fulfilling the

conditions of his bond, meetings with Robert Zalusky at my office, and telephone calls with Robert Zalusky to discuss his case.

On or about July 11, 2023, I received notice that Mr. Zalusky retained Arthur Aidala, Esq. and Michael Jaccarino, Esq. to represent him in this matter.  As a result, I respectfully ask to be relieved and permitted to withdraw as counsel pursuant to the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, Local Criminal Rule 1.1(b), (which incorporates Local Civil Rule 1.4).

Respectfully submitted,

Steven E. Lynch
The Law Offices of Steven E. Lynch
125 Maiden Lane, Suite 5C
New York, NY 10038

Cc:     AUSA Jane Chong (by ECF)
        AUSA Matthew J. King (by ECF)
        AUSA Matthew Shahabian (by ECF)

GRANTED.  The Clerk of Court is directed to terminate Steven E. Lynch from the docket.

SO ORDERED.

Dated: October 18, 2023
        New York, New York

ANALISA TORRES
United States District Judge