USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __12/20/2023__

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA             :
                                     :   23 Cr. 241-2 (AT)
     -against-                       :
                                     :   ORDER
Robert Zalusky                       :
                                     :
          Defendant                  :
                                     :
-------------------------------------X
```

ANALISA TORRES, United States District Judge:

It is hereby ORDERED that the defendant's bail be modified to include mental health evaluation/treatment as directed by Pretrial Services.

    Dated: New York, New York
          December 20, 2023

SO ORDERED:

_____
ANALISA TORRES
United States District Judge