```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

            -against-

YERALD BALGOBIN LARA and
ROBERT ZALUSKY,

                            Defendants.
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  1/24/2024

23 Cr. 241 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The initial conference scheduled for January 30, 2024, is ADJOURNED to **April 2, 2024**, at **2:00 p.m.**

It is further ordered that time until April 2, 2024, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), because the ends of justice served by excluding such time outweigh the interests of the public and Defendants in a speedy trial in light of the discussions regarding potential pretrial dispositions.

SO ORDERED.

Dated: January 24, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge