USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5/29/2024_

reatUNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -against-

YERALD BALGOBIN LARA and
ROBERT ZALUSKY,

               Defendants.

23 Cr. 241 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The status conference scheduled for June 4, 2024, is ADJOURNED to **July 30, 2024**, at **10:00 a.m.**

    It is further ordered that time until July 30, 2024, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), because the ends of justice served by excluding such time outweigh the interests of the public and Defendants in a speedy trial in light of the discussions regarding potential pretrial dispositions.

    SO ORDERED.

Dated: May 29, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge