USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09/10/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

ROBERT ZALUSKY,

                    Defendant.

23 Cr. 241-2 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court shall hold a change-of-plea hearing for Defendant Robert Zalusky on **September 16, 2024**, at **11:30 a.m.** in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, NY 10007.

    SO ORDERED.

Dated: September 10, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge