UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA

-against-

ROBERT ZALUSKY,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _2/26/2025_

23 Cr. 241-2 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The sentencing in this matter scheduled for March 3, 2025, is ADJOURNED to **March 17, 2025**, at **1:00 p.m.** in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.  By **February 28, 2025**, the Government shall file its sentencing submission.

    SO ORDERED.

Dated: February 26, 2025
       New York, New York

ANALISA TORRES
United States District Judge