USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: \_2/27/2025\_\_\_\_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

ROBERT ZALUSKY,

                      Defendant.

23 Cr. 241-2 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The sentencing in this matter scheduled for March 17, 2025, is ADJOURNED to **April 14, 2025**, at **2:00 p.m.** in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007. By **March 28, 2025**, the Government shall file its sentencing submission.

    SO ORDERED.

Dated: February 27, 2025
       New York, New York

ANALISA TORRES
United States District Judge